83,151-01

WRIT NO. 09-00208-P(A)

EX PARTE § IN THE COURT OF CRIMINAL

§ APPEALS

SHANE MATTHEW NETTLES § TRAVIS COUNTY,TEXAS

## CONSTITUTINAL CHALLENGE TO
### STATUTE H.B. 1433
## NOTICE,CERTIFICATION,AND INTERVENTION

This is a informal notice to Ken Paxton ATTORNEY GENERAL OF TEXAS .That shane Nettles has filed an 11.07 WRIT is now in the court of criminal appeals. The questions in the Writ pertain to Art. 3§30,3§35 also the vagueness,certainty,and definteness as outlined in contitutional law. In a case cited as 208 S.W.3d 462,Judge Johnson filed a dissenting opinion in which Judge Price joined.In the opinion of these two very learned Jugdes they plainly state how vague the statute is.I have done my best to show how when applied to my it is uncontitutionally vague.

I Shane Matthew Nettles #01566038,being presently incarcerated at the BILLY MOORE UNIT in Rusk county,Texas declare under penalty of perj ury that the foregoing is true and correct.

EXECUTED ON APRIL 22,2015

_____
Signature

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 3 0 2015
Abel Acosta, Clerk